UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**NATHANIEL ROBINSON**,

    Plaintiff,

  v.                                                                         **Case No. 17-CV-349**

**KEVIN KREMBS,**

    Defendant.

## ORDER

On March 28, 2018, the Court denied plaintiff Nathaniel Robinson's second motion for counsel. ECF No. 21. The Court, however, acknowledged the challenges that Mr. Robinson faces in litigating his claims given that he is currently housed in segregation. As a result, the Court granted Mr. Robinson's alternative request for an extension of the discovery and dispositive motion deadlines. ECF No. 26. Mr. Robinson informed the Court that he is scheduled to be released from prison in late May, so the Court extended the discovery deadline to July 13, 2018, and the dispositive motion deadline to August 13, 2018.

The same day that the Court entered its order, it received a motion from Mr. Robinson, asking the Court to reconsider its decision to deny his motion for counsel. Mr. Robison did not know when he prepared his motion that the Court would extend the discovery and dispositive motion deadlines. In light of those extensions, the Court will deny Mr. Robinson's motion for reconsideration.

After Mr. Robinson is released from prison, he will have access to many more resources than he currently has access to in prison, including local law libraries and/or legal clinics. He also will be able to contact opposing counsel more easily in order to discuss his concerns about discovery. Mr. Robinson's filings to date have been thorough, well supported, and easy to understand. His feelings of inadequacy and his lack of legal knowledge are common to all prisoner plaintiffs and are not a sufficient basis on their own to warrant the Court recruiting counsel to represent him. In the Court's experience, Mr. Robinson appears to be better equipped than most to represent himself. As such, at this time, the Court declines to reconsider its decision that Mr. Robinson is capable of representing himself through the briefing of summary judgment.

If, at any point, the parties believe that this case can be resolved through mediation, the Court encourages them to file a joint motion asking the Court to refer the case to another U.S. Magistrate Judge for that purpose.

**THEREFORE, IT IS ORDERED** that Mr. Robinson's motion for reconsideration (ECF No. 27) is **DENIED WITHOUT PREJUDICE**.

Dated at Milwaukee, Wisconsin, this 4th day of April, 2018.

BY THE COURT:

*s/ David E. Jones*
DAVID E. JONES
United States Magistrate Judge