GASS WEBER MULLINS LLC

241 N BROADWAY, SUITE 300 MILWAUKEE, WI 53202
TEL 414 223 3300   FAX 414 224 6116
WWW.GWMLAW.COM

KATHARINE H. CAMPBELL
DIRECT DIAL: 414 224-3449
campbell@gwmlaw.com

**VIA ELECTRONIC FILING**

July 12, 2018

The Honorable David E. Jones
United States District Court
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, WI 53202

    Re:    *Robinson v. Krembs, et al.*
               Case No. 17-cv-0349

Dear Judge Jones:

    We have met with Plaintiff Nathaniel Robison and will be representing him in this case going forward. We have filed the required Agreement to Reimburse Pro Bono Fund and our Appearances contemporaneously with this letter. We are prepared to move forward with a status conference at the Court's convenience.

                             Sincerely,

                             /s/ Katharine H. Campbell

cc:    Laure C. Rakvic-Farr (via ECF system)