UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

NATHANIEL ROBINSON,

    Plaintiff,

v.

                              Case No. 17-CV-349

KEVIN KREMBS,

    Defendant.

## AGREEMENT TO REIMBURSE PRO BONO FUND

I am the indigent plaintiff in this case, and in consideration of the Court recruiting a lawyer to represent me on a volunteer basis, I agree to reimburse the District Court Pro Bono Fund out of any proceeds I receive: (1) in settlement of my claim or claims or (2) upon prevailing other than by settlement of my claim or claims, for any expenses and/or costs which are either prepaid from the District Court Pro Bono fund or incurred by my volunteer lawyers in accordance with the Regulations Governing the Prepayment and Reimbursement of Expenses in Pro Bono Cases.

Date: 7·11·18

_____
Nathaniel Robinson