# GASS WEBER MULLINS LLC

241 N BROADWAY, SUITE 300 MILWAUKEE, WI 53202
TEL 414 223 3300   FAX 414 224 6116
WWW.GWMLAW.COM



KATHARINE H. CAMPBELL
DIRECT DIAL: 414 224-3449
campbell@gwmlaw.com

**VIA ELECTRONIC FILING**

December 5, 2019

The Honorable William E. Duffin
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, WI 53202

  Re: *Robinson v. Krembs, et al.*
    Case No. 17-cv-0349

Dear Judge Duffin:

  This letter will notify the Court that the Parties in the above-referenced matter have reached a settlement. Accordingly, the Parties would like to request the Court stay all upcoming deadlines, including the December 6, 2019 deadline to file pre-trial submissions, pending the filing of a Stipulation of Dismissal. The Parties anticipate being able to file the Stipulation in the next 30 days.

            Thanks,

            s/ Katharine H. Campbell
            Katharine H. Campbell

KHC:lg

cc: Laure Rakvic-Farr (via ECF)
   Sarah A. Huck (via ECF)